**Order entered July 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00529-CR

**JASON MICHAEL SWARM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80775-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for appointment of counsel. On June 19, 2019, we received a copy of the amended appeal schedule noting that counsel had been appointed. We **DIRECT** the Clerk of the Court to list Kara Fitts appointed counsel for appellant.

Before the Court is court reporter Robyn Rodriguez's May 29, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
JUSTICE